**COURTROOM MINUTES:**
**The Honorable Frances H. Stacy, Presiding**
Deputy Clerk: Beverly White
Interpreter _None_ ERO _L. BO_
USPT/USPO _yes_
☐ OTHER DISTRICT ☐ DIVISION

SOUTHERN DISTRICT OF TEXAS
FILED 7.7.17
BY DEPUTY, CLERK

OPEN _11:06_ ADJOURN _11:12_
THEIR CASE# _____

**PROCEEDING HELD:**
☑ Initial Appearance ☐ Counsel Determination Hearing ☐ Status Hearing
☐ Bond Hearing ☐ Identity ☐ Hearing Continued on _____
☐ Detention Hearing ☐ Preliminary Hearing ☐ Other _____

CASE NUMBER CR H- _17-1022M_

USA VS. _Stephen P. Lynch_   AUSA _Kim Leo_

☑ Date of arrest _7.7.17_   ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment /Complaint ☐ Information ☐ Superceding
Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☐ with ☑ without counsel

☐ Defendant requests appointed counsel.       ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☑ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked       ☐ Bond reinstated       ☐ Bond Continued
☑ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☑ Defendant(s) _____ is/are scheduled on _7.11.17_ at _10AM_ for: _Judge Johnson_
☐ Arraignment        ☑ Counsel Determination Hearing   ☐ Identity Hearing
☐ Detention Hearing  ☐ Preliminary Hearing             ☐ Final Revocation Hearing